UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN FONDREN, ET AL | CIVIL ACTION NO. 23-cv-1618 |
| VERSUS | JUDGE EDWARDS |
| I GOT MY CHANCE, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 86), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motions for Leave to File Amended Notice of Removal (Docs. 56 & 63) filed by Canal Insurance Company is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Remand filed by Plaintiffs (Doc. 22) is **DENIED AS MOOT.**

**THUS DONE AND SIGNED** in Chambers this the 15th day of April, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE