UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DISVISION

| | |
|---|---|
| **JOHN CASEY FONDREN AND ELIZABETH CHRISTINE FONDREN, Individually and on behalf of their minor children, JOHN BRAXTON FONDREN, SADIE FONDREN, AND EVELYN FONDREN** | CIVIL ACTION NO.: 23-01618 |
| **plaintiffs,** | SECTION: |
| versus | JUDGE: JERRY EDWARDS, Jr |
| **I GOT MY CHANCE, LLC, TROY DAVIS COLLINS, CANAL INSURANCE COMPANY, LOHI LOGISTICS, LLC, HALLIBURTON ENERGY SERVICES, INC. and SIERRA FRAC SAND, LLC** | MAGISTRATE: MARK L. HORNSBY |
| **Defendants** | |

## MOTION TO DISMISS PUNITIVE DAMAGES CLAIMS

NOW INTO COURT, though undersigned counsel, comes plaintiffs, John Casey Fondren and Elizabeth Christine Fondren, individually, and on behalf of their minor children, John Braxton Fondren, Sadie Fondren and Evelyn Fondren ("Plaintiffs") who, based on the Court's ruling, R. Doc. 94, concerning the application of Louisiana law regarding punitive damages, now move to dismiss all alleged punitive damage claims against the defendants, I Got My Chance, LLC, Troy Davis Collins, and Canal Insurance Company, without prejudice.

WHEREFORE, Plaintiffs respectfully move this Court for an Order dismissing all punitive damage claims asserted against defendants by Plaintiffs without prejudice.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted,

___s/Valerie A. DeLatte____
Valerie Ann DeLatte #35748

DeLatte Law
668 Jordan St
Shreveport, LA 71101
C: 985-210-1671
Fax: 318-647-8041
Email:valerie@delattelaw.com