**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **JOHN CASEY FONDREN AND ELIZABETH CHRISTINE FONDREN, Individually and on behalf of their minor children, JOHN BRAXTON FONDREN, SADIE FONDREN, AND EVELYN FONDREN** | **CIVIL ACTION NO. 23-1618** |
| **VERSUS** | **JUDGE EDWARDS** |
| **I GOT MY CHANCE, LLC, TROY DAVIS COLLINS, CANAL INSURANCE COMPNAY, LOHI LOGISTICS, LLC, HALLIBURTON ENERGY SERVICES, INC., AND SIERRA FRAC SAND, LLC** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

CONSIDERING the foregoing Motion to Dismiss Punitive Damages Claims filed by Plaintiffs, (the "Motion") (R. Doc. 95),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that all punitive damage claims brought by Plaintiffs against all Defendants are **DISMISSED**, without prejudice.

**THUS DONE AND SIGNED** in Chambers this 25th day of September, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**