# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| JOHN CASEY FONDREN, ET AL. | CIVIL ACTION NO. 23-1618 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| I GOT MY CHANCE, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Dismissal,

**IT IS ORDERED** that all claims of Plaintiffs, JOHN CASEY FONDREN and ELIZABETH CHRISTINE FONDREN, Individually and on behalf of their minor children, JOHN BRAXTON FONDREN, SADIE FONDREN, and EVELYN FONDREN, against defendants, I GOT MY CHANCE, LLC, TROY DAVIS COLLINS, and CANAL INSURANCE COMPANY, are **DISMISSED WITH PREJUDICE,** and that all costs of these proceedings shall be borne by the party incurring the costs, and that no additional costs are due or owed to or from any party herein.

**IT IS FURTHER ORDERED** that any motion which may be pending in this case is **DENIED AS MOOT**.

**DONE AND SIGNED** in Shreveport, Louisiana, this 13th day of March, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**